UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-39-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CASSANDRA ELIZABETH ACHESON | ORDER TO SEAL |

On motion of the Defendant, Cassandra Elizabeth Acheson, and for good cause shown, it is hereby ORDERED that **[DE 85]** be sealed until further notice by this Court.

IT IS SO ORDERED

This ___8th___ day of March, 2013.

_____
Louise W. Flanagan
United States District Judge

1